

# IN THE
# TENTH COURT OF APPEALS

———————————

## No. 10-14-00288-CR

## IN RE EDWARD S. HODGES, III

———————————

## Original Proceeding

---

## MEMORANDUM OPINION

---

In this mandamus proceeding, Edward S. Hodges, III requests this Court to order the Brazos County District Clerk to file the clerk's record in his appeal pending in this Court. There are procedural problems with this petition; however, we use Rule 2 to look past these deficiencies and dispose of Hodges' petition. TEX. R. APP. P. 2.

As a Court of Appeals, we have no jurisdiction to compel a district clerk to act except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004). This Court's jurisdiction has already been invoked in his appeal, and Hodges has not alleged any need for this Court to protect that jurisdiction.

Accordingly, Hodges' petition is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed October 9, 2014
Do not publish
[OT06]

